IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1122-AP**

**RITA A. PRETIGER,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion to File Answer Out of Time (Doc. 9) is GRANTED.

Dated:  August 23, 2006