IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01122-AP

RITA A. PRETIGER,

        Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

                                                For Plaintiff:
                                                MICHAEL W. SECKAR
                                                Law Office of Michael W. Seckar, P.C.
                                                402 W. 12th Street
                                                Pueblo, CO 81003
                                                (719) 543-8636
                                                seckarlaw@mindspring.com

                                                For Defendant:
                                                THOMAS H. KRAUS
                                                Special Assistant United States Attorney
                                                1961 Stout Street, Suite 1001A
                                                Denver, Colorado  80294
                                                (303) 844-0017
                                                tom.kraus@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:**  June 13, 2006

    **B.    Date Complaint Was Served on U.S. Attorney's Office:**  June 19, 2006

    **C.    Date Answer and Administrative Record Were Filed**:  August 22, 2006

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state there is no additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due:**  December 15, 2006

    **B.    Defendant's  Response Brief Due:**  February 9, 2007

    **C.    Plaintiff's  Reply Brief (If Any) Due:**  February 23, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument

    B.    **Defendant's Statement:**  Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 15th day of November, 2006.

                                  BY THE COURT:

                                   *S/John L. Kane*
                                   U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael W. Seckar
MICHAEL W. SECKAR
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
(303) 454-0100
kurt.bohn@usdoj.gov

s/ Thomas H. Kraus
By: Thomas H. Kraus
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
(303) 844-0017
tom.kraus@ssa.gov

Attorneys for Defendant